■ MOUNTAIN VIEW COACH LINES, INC., Appellant, v MICHAEL HARTNETT, Defendant and Third-Party Plaintiff-Respondent. MANUEL ALBIRRAN et al., Third-Party Defendants-Respondents.—Motion by appellant granted, without costs, to the extent that the decretal paragraph of the decision dated April 12, 1979 is amended to read as follows: "Judgment affirmed, without costs, on the opinion of the County Court dated May 5, 1978."

Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur. [99 Misc 2d 271.]